Richard D. Williamson, Esq. (SBN 9932)
Jonathan Joel Tew, Esq. (SBN 11874)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.: (775) 329-5600
Facsimile No.:  (775) 348-8300
Rich@nvlawyers.com
Jon@nvlawyers.com

ROGERS JOSEPH O'DONNELL, PC
Lisa Norrett Himes, Licensed in Washington, D.C.
(admitted *pro hac vice*)
875 15th Street, N.W.
Suite 725
Washington, D.C.  20005
Telephone No.: (202) 777-8953
Facsimile No.:   (202) 347-8429
lhimes@rjo.com

*For Plaintiff Timothy L. Blixseth*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY L. BLIXSETH,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES FEDERAL BUREAU OF INVESTIGATION,<br><br>  Defendant. | Case No.  3:21-cv-00067-MMD-CLB<br><br>**JOINT STATUS REPORT FOLLOWING FRCP 26(F) CONFERENCE** |

Plaintiff Timothy L. Blixseth ("Plaintiff") and Defendant United Stated Federal Bureau of Investigation ("FBI") (collectively, "Parties"), by and through their counsel of record, conducted the conference required by FRCP 26(f) on April 2, 2021, and hereby submit this Joint Status Report in lieu of a Proposed Joint Discovery Plan and Scheduling Order pursuant to Federal Rule of Civil Procedure 16 and 26, as well as LR 16-1 and 26-1.

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno. Nevada 89501

JOINT STATUS REPORT FOLLOWING FRCP 26(F) CONFERENCE
PAGE 1

On January 29, 2021, Plaintiff filed a Complaint for Injunctive Relief against the FBI under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking an order from this Court requiring the FBI to produce records responsive to Plaintiff's FOIA Requests submitted to the FBI via facsimile and first class mail on June 26, 2018 and facsimile and Federal Express on July 23, 2019. (Doc. No. 1). On January 29, 2021, Plaintiff also filed a Notice of Related Case. (Doc. No. 2). The FBI filed its Answer to Complaint on March 4, 2021. (Doc. No. 13).

On March 4, 2021, the FBI filed a Motion to Transfer Action to District of Colombia, which Plaintiff opposed on March 18, 2021. (Doc. Nos. 14 and 15). During the FRCP 26(f) conference on April 2, 2021, the Parties discussed the applicable deadlines under LR 26-1(b) and the discovery plan under FRCP 26(f)(3). After consultation, however, it is the Parties' collective position that no Discovery Plan and Scheduling Order should be entered at this time due to the nature of this action.

The Parties are diligently working together in this case. The FBI conveyed that it has located potentially responsive documents to Plaintiff's FOIA request but the details regarding these documents are sparse at this time. As the FBI intends to have more information in the upcoming weeks, the Parties will submit an additional status report to this Court by April 21, 2021 that will address the status of the Plaintiff's FOIA request, including the anticipated number of documents responsive to the request and the anticipated date(s) for release of the requested documents.

There are no other issues that the Court need consider at this time.

| **ROBERTSON, JOHNSON, MILLER & WILLIAMSON** | **UNITED STATES ATTORNEY'S OFFICE** |
|---|---|
| */s/ Richard D. Williamson* <br> Richard D. Williamson, Esq. (SBN 9932) <br> Jonathan J. Tew, Esq. (SBN 11874) | */s/ Greg Addington* <br> Christopher Chiou, Esq. <br> Greg Addington, Esq. <br> *Attorneys for FBI* |

**ROGERS JOSEPH O'DONNELL, P.C.**

*/s/ Lisa Norrett Himes*
Lisa Norrett Himes (appearing *pro hac vice*)

*Attorneys for Plaintiff*

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno. Nevada 89501

JOINT STATUS REPORT FOLLOWING FRCP 26(F) CONFERENCE
PAGE 2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Local Rule 5-4, I hereby certify that I am an employee of Robertson, Johnson, Miller & Williamson, over the age of eighteen, and not a party to the within action. I further certify that on the 6th day of April, 2021, I electronically filed the foregoing **JOINT STATUS REPORT FOLLOWING FRCP 26(F) CONFERENCE** through the Court's CM/ECF system and thus, pursuant to LR 5-4, caused same to be served by electronic mail on all registered counsel of record.

*/s/ Stefanie E. Smith*
An Employee of Robertson, Johnson, Miller & Williamson

Robertson, Johnson,
Miller & Williamson
50 West Liberty Street,
Suite 600
Reno. Nevada 89501

JOINT STATUS REPORT FOLLOWING FRCP 26(F) CONFERENCE
PAGE 3