CHRISTOPHER CHIOU
Acting United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 784-5438
Greg.Addington@usdoj.gov
Attorneys for Defendant

Richard D. Williamson, Esq. (SBN 9932)
Jonathan Joel Tew, Esq. (SBN 11874)
ROBERTSON, JOHNSON, MILLER & WILLIAMSON
50 West Liberty Street, Suite 600
Reno, Nevada 89501
Telephone No.:  (775) 329-5600
Facsimile No.:  (775) 348-8300
Rich@nvlawyers.com
Jon@nvlawyers.com

ROGERS JOSEPH O'DONNELL, PC
Lisa Norrett Himes, Licensed in Washington, D.C.
(*pro hac vice* application submitted)
875 15th Street, N.W.
Suite 725
Washington, D.C.  20005
Telephone No.:  (202) 777-8953
Facsimile No.:   (202) 347-8429
lhimes@rjo.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY BLIXSETH, | 3:21-cv-067-MMD-CLB |
| Plaintiff, | JOINT STATUS REPORT |
| v. | |
| UNITED STATES FEDERAL BUREAU OF INVESTIGATION, | |
| Defendant. | |

The parties submitted their joint status report (#18) on April 6, 2021. In that status report, the parties described their collective position that no discovery plan and scheduling order should be entered at this time due to the nature of this action brought by plaintiff under the Freedom of Information Act (FOIA).

The prior status report (#18) noted that FBI had located documents potentially responsive to plaintiff's FOIA requests and anticipated getting further information about the processing of such materials. The parties agreed to submit an additional status report by April 21, 2021, to address the status of FBI's processing for potential release of materials found to be responsive to plaintiff's FOIA requests.

By Minute Order (#19) dated April 13, 2021, the court noted the filing of the status report and also noted the pendency of defendant's motion (#14) to transfer this FOIA action to the District of Columbia. The court directed the parties to file a discovery plan and scheduling order within 14 days following a ruling on the motion to transfer.

The FBI component responsible for assisting the agency's internal processing of FOIA requests is the Record/Information Dissemination Section (RIDS). Pertaining to plaintiff's FOIA requests, RIDS has thus far identified more than 500 pages of materials deemed to be responsive to those requests and is awaiting retrieval of additional materials to determine a final page count. Consistent with its FOIA obligations, FBI will continue its document retrieval and evaluation process and will review responsive materials to ascertain whether the materials are subject to release under FOIA. Documents found to be responsive to plaintiff's requests and properly subject to release under FOIA will be processed for release.  It is plaintiff's view that these records should be processed at a rate of at least 500 pages per month, starting on May 1, 2021, and continuing until all responsive materials have been produced to plaintiff.  In addition, with each monthly production, plaintiff

proposes that FBI will also provide a detailed "Vaughn Index" for any documents that have been redacted or withheld from production.

Based on the court's Minute Order (#19) and the pending motion to transfer (#14), the parties perceive no need for additional status reports to be scheduled at this time. After the pending motion to transfer (#14) is resolved, however, the parties should schedule a status conference with the court.

/s/ Richard D. Williamson
RICHARD D. WILLIAMSON
Counsel for Plaintiff

/s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

/s/ Lisa Norrett Himes
LISA NORRETT HIMES
Counsel for Plaintiff (appearing *pro hac vice*)

3