# United States District Court
## District of Nevada (Reno)
### CIVIL DOCKET FOR CASE #: 3:21–cv–00067–MMD–CLB

| | |
|---|---|
| Blixseth v. Federal Bureau Of Investigation | Date Filed: 01/29/2021 |
| Assigned to: Chief Judge Miranda M. Du | Jury Demand: None |
| Referred to: Magistrate Judge Carla Baldwin | Nature of Suit: 895 Freedom of Information Act |
| Case: 3:20–cv–00101–RCJ–WGC | Jurisdiction: U.S. Government Defendant |
| Cause: 05:552 Freedom of Information Act | |

**Plaintiff**

**Timothy L. Blixseth**   represented by   **Jonathan J. Tew**
Robertson, Johnson, Miller & Williamson
50 West Liberty St.
Reno, NV 89501
775–329–5600
Email: jon@nvlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Norrett Himes**
Rogers Joseph O'Donnell PC
875 15th St NW Ste 725
Washington, DC 20005
202–777–8953
Fax: 202–347–8429
Email: lhimes@rjo.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard D. Williamson**
Robertson, Johnson, Miller & Williamson
50 West Liberty Street
Suite 600
Reno, NV 89501
775–329–5600
Fax: 775–348–8300
Email: rich@nvlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Federal Bureau Of Investigation**   represented by   **Gregory W. Addington**
U.S. Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
775–784–5438
Fax: 775–784–5181
Email: greg.addington@usdoj.gov

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 01/29/2021 | Ï 1 | COMPLAINT against Federal Bureau Of Investigation (Filing fee $402 receipt number 0978−6351037) by Timothy L. Blixseth. Proof of service due by 4/29/2021. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Civil Cover Sheet, # 17 Summons) (Williamson, Richard)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1−1, a party must <u>immediately</u> file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 01/29/2021) |
| 01/29/2021 | Ï 2 | NOTICE OF RELATED CASES 3:20−cv−00101 by Plaintiff Timothy L. Blixseth. (Williamson, Richard) (Entered: 01/29/2021) |
| 01/29/2021 | Ï 3 | CERTIFICATE of Interested Parties by Timothy L. Blixseth. There are no known interested parties other than those participating in the case (Williamson, Richard) (Entered: 01/29/2021) |
| 01/29/2021 | Ï 4 | MOTION/VERIFIED PETITION for Permission to Practice Pro Hac Vice by Lisa Norrett Himes and DESIGNATION of Local Counsel Richard D. Williamson (Filing fee $ 250 receipt number 0978−6351058) by Plaintiff Timothy L. Blixseth. (Attachments: # 1 Exhibit, # 2 Exhibit) (Williamson, Richard) (Entered: 01/29/2021) |
| 02/01/2021 | Ï | Case randomly assigned to Chief Judge Miranda M. Du and Magistrate Judge Carla Baldwin. (WJ) (Entered: 02/01/2021) |
| 02/01/2021 | Ï 5 | STANDING ORDER. This case has been assigned to the Honorable Miranda M. Du. Chief Judge Du's Civil Standing Order is posted on the U.S. District Court, District of Nevada public website and may be accessed directly via this hyperlink: www.nvd.uscourts.gov. (Copies have been distributed pursuant to the NEF – PAV) (Entered: 02/01/2021) |
| 02/01/2021 | Ï 6 | NOTICE: Attorney Action Required to 4 Motion for Permission to Practice Pro Hac Vice – Verified Petition.<br><br>The Verified Petition is not on the form provided by the Clerk. While LR IA 11−1 allows a petitioner to submit a Verified Petition that is not on the Court's form, it must comply with all the requirements of the Local Rule. The Verified Petition as submitted does not comply with LR IA 11−3(d), lacking the section where the party appoints local counsel.<br><br>Attorney Lisa Norrett Himes is to resubmit the Verified Petition with a section appointing local counsel that is signed by her client. She is further advised to file a *Notice of Corrected Image/Document* event under the *Notices* category and link the corrected image to ECF No. 4 Motion for Permission to Practice Pro Hac Vice – Verified Petition.<br><br>**(no image attached)** (PAV) (Entered: 02/01/2021) |

| | | |
|---|---|---|
| 02/01/2021 | Ï 7 | SUMMONS ISSUED as to Federal Bureau Of Investigation re ECF No. 1 Complaint. (KR) (Entered: 02/01/2021) |
| 02/01/2021 | Ï 8 | AFFIDAVIT of Mailing re 1 Complaint,, 7 Summons Issued as to USA by Plaintiff Timothy L. Blixseth. (Attachments: # 1 Exhibit Exhibit 1 – Certified Mail Receipts) (Williamson, Richard) (Entered: 02/01/2021) |
| 02/05/2021 | Ï 9 | NOTICE of Corrected Image/Document re 4 Motion for Permission to Practice Pro Hac Vice – Verified Petition, by Plaintiff Timothy L. Blixseth. (Service of corrected image is attached.) (Attachments: # 1 Exhibit, # 2 Exhibit) (Williamson, Richard) (Entered: 02/05/2021) |
| 02/08/2021 | Ï 10 | ORDER APPROVING ECF No. 4 / 9 Verified Petition for Permission to Practice Pro Hac Vice of Attorney Lisa Norrett Hines for Plaintiff Timothy L. Blixseth, and approving Designation of Local Counsel Richard D. Williamson. Signed by Chief Judge Miranda M. Du on 2/8/2021.<br>Any Attorney not yet registered with the Court's CM/ECF System shall submit a Registration Form on the Court's website www.nvd.uscourts.gov<br>(Copies have been distributed pursuant to the NEF – DRM) (Entered: 02/09/2021) |
| 02/09/2021 | Ï 11 | SUMMONS Returned Executed by Timothy L. Blixseth re 7 Summons Issued as to USA. Federal Bureau Of Investigation served on 2/2/2021. (Williamson, Richard) (Entered: 02/09/2021) |
| 03/01/2021 | Ï 12 | CLERK'S NOTICE Regarding Local Rule IC 2–1. Attorney **Lisa Norrett Himes** is in violation of Local Rule IC 2–1(a) and 2–1(d). You are required to register to file documents electronically in the Court's electronic filing system (CM/ECF) and the electronic service of pleadings and other papers. Please visit the Court's website to complete the registration for CM/ECF.<br>**(no image attached)** (LE) (Entered: 03/01/2021) |
| 03/04/2021 | Ï 13 | ANSWER to 1 Complaint,, filed by Federal Bureau Of Investigation. Discovery Plan/Scheduling Order due by 4/18/2021.(Addington, Gregory)<br><br>NOTICE of Certificate of Interested Parties requirement: Under Local Rule 7.1–1, a party must immediately file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. (Entered: 03/04/2021) |
| 03/04/2021 | Ï 14 | MOTION to Change Venue. *Transfer to District of Columbia* Responses due by 3/18/2021. (Addington, Gregory) (Entered: 03/04/2021) |
| 03/18/2021 | Ï 15 | RESPONSE to 14 Motion to Change Venue by Plaintiff Timothy L. Blixseth. Replies due by 3/25/2021. (Williamson, Richard) (Entered: 03/18/2021) |
| 03/22/2021 | Ï 16 | **2nd CLERK'S NOTICE** Regarding Local Rule IC 2–1. Attorney **Lisa Norrett Himes** is in violation of Local Rule IC 2–1(a) and 2–1(d). You are required to register to file documents electronically in the Court's electronic filing system (CM/ECF) and the electronic service of pleadings and other papers. Please visit the Court's website to complete the registration for CM/ECF.<br>**(no image attached)** (LE) (Entered: 03/22/2021) |
| 03/24/2021 | Ï 17 | REPLY to Response to 14 Motion to Change Venue by Defendant Federal Bureau Of Investigation. (Addington, Gregory) (Entered: 03/24/2021) |
| 04/06/2021 | Ï 18 | Joint STATUS REPORT *Following FRCP 26(F) Conference* by Plaintiff Timothy L. Blixseth. (Williamson, Richard) (Entered: 04/06/2021) |

| | | |
|---|---|---|
| 04/13/2021 | Ï 19 | MINUTE ORDER IN CHAMBERS of the Honorable Magistrate Judge Carla Baldwin on 4/13/2021. The court has reviewed the joint status report ECF No. 18 . A discovery plan and scheduling order shall be due 14 days following a ruling on the motion to transfer ECF Nos. 14 & 15 in the event the case remains in this District. **(no image attached)** (Copies have been distributed pursuant to the NEF – DN) (Entered: 04/13/2021) |
| 04/21/2021 | Ï 20 | Joint STATUS REPORT by Defendant Federal Bureau Of Investigation. (Addington, Gregory) (Entered: 04/21/2021) |
| 05/18/2021 | Ï 21 | ORDER **granting** ECF No. 14 Motion to Change Venue. The Clerk of Court is directed to transfer this action to the United States District Court for the District of Columbia under 28 U.S.C. § 1404(a) and to close this case accordingly. Signed by Chief Judge Miranda M. Du on 5/18/2021. (Copies have been distributed pursuant to the NEF – SC) (Entered: 05/18/2021) |