UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY BLIXSETH,<br><br>        *Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>        *Defendant*. | Civil Action No. 21-1394 (RDM) |

## JOINT STATUS REPORT

Plaintiff, Timothy Blixseth, and Defendant, the Federal Bureau of Investigation ("FBI"), respectfully submit this joint status report pursuant to the Court's Minute Order dated May 25, 2021.

1.  Plaintiff brought this action on January 29, 2021, in the United States District Court for the District of Nevada. He alleges that the FBI has failed to adequately respond to two requests for records submitted under the Freedom of Information Act ("FOIA"). The first request, dated June 26, 2018, seeks FBI records (including from the email accounts of two FBI agents) from January 1, 2009 to December 31, 2012, referencing, among other things, Plaintiff, his company, his former wife, or the Turks & Caicos Islands.  The second request, dated July 23, 2019, seeks FBI records regarding, among other things, Plaintiff and his company from "January 1, 2013 through the present." The FBI answered the Complaint on March 4, 2021 in Nevada. On May 24, 2021, the case was transferred to this Court.

2.  On May 25, 2021, the Court entered a Minute Order directing that the Parties confer and file a Joint Status Report addressing: "(1) any documents still to be produced pursuant to FOIA; (2) an anticipated schedule for processing and producing any such documents; and (3) any

substantive areas of disagreement between the parties." The Court has also set an initial scheduling conference for June 21, 2021, at 11:00 a.m.

3. The parties have conferred and report as follows. The FBI has nearly completed an initial search for records responsive to Plaintiff's request. To date, the search has returned approximately 540 pages of potentially responsive records, though there may be additional potentially responsive records once the initial search is complete. Based on the results of that initial search, the FBI will determine whether any additional searches are necessary. The FBI anticipates that, once it views its searches as complete, the parties will confer about the scope and adequacy of the search to determine whether there are any disputes on that topic.

4. The FBI will begin processing the 540 pages of potentially responsive records at the rate of 500 pages per month and will release records on a monthly, rolling basis until all responsive, nonexempt information is released. The first interim release will be on or before July 15, 2021.

5. At present, the parties have a dispute about the FBI's obligation to search for records regarding Turks & Caicos, which was once of the subjects of Plaintiff's first request dated June 26, 2018. *See* Dkt. No. 1-1 at 3–4. The FBI takes the position that Plaintiff's request does not "reasonably describe[]," 5 U.S.C. § 552(a)(3)(A)(i), such records and that Plaintiff failed to exhaust administrative remedies when the FBI informed him of this deficiency in his request. *See* Dkt. No. 1-2 at 6–7, 9 –10. Plaintiff takes the position that the FBI's Turks and Caicos and TCI letters were unclear given that the proposed descriptions in the FBI letters were all provided by Plaintiff as to two of the three Turks and Caicos and TCI requests, including the names of individuals, time frames, and locations, and as such, there was no deficiency as to those requests

and no failure to administratively exhaust concerning the same requests. The parties will continue their discussions to attempt to resolve this dispute.

Respectfully submitted,

<table>
<tr><td>

  /s/ Lisa Norrett Himes
LISA NORRETT HIMES
DC Bar No. 464089
ROGERS JOSEPH O'DONNELL, PC
875 15th Street, N.W.
Suite 725
Washington, DC 20005
Tel: (202) 777-8953
Fax: (202) 347-8429

*Counsel for Plaintiff*

</td><td>

CHANNING D. PHILLIPS
D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendant*

</td></tr>
</table>

Dated:  June 14, 2021