UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY BLIXSETH,<br>          *Plaintiff*,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION,<br>          *Defendant*. | Civil Action No. 21-1394 (RDM) |

## JOINT STATUS REPORT

Plaintiff, Timothy Blixseth, and Defendant, the Federal Bureau of Investigation ("FBI"), respectfully submit this joint status report pursuant to the Court's directive on June 21, 2021.

1.    Plaintiff brought this action on January 29, 2021, in the United States District Court for the District of Nevada. He alleges that the FBI has failed to adequately respond to two requests for records submitted under the Freedom of Information Act ("FOIA"). The FBI answered the Complaint on March 4, 2021 in Nevada. On May 24, 2021, the case was transferred to this Court.

2.    The parties filed a joint status report on June 14, 2021, and appeared for an initial scheduling conference on June 21, 2021. Following the conference, the Court noted that the FBI would process at least 500 pages per month, with the first production due on or before July 15, 2021.

3.    The FBI sent Plaintiff an initial production on July 15, 2021. Some responsive pages were sent to other federal agencies for consultation regarding any exempt material therein. The FBI expects to make a final release (not including any pages referred for consultation) on or before August 16, 2021.

4. The parties propose to file another status report on or before September 10, 2021, updating the Court on the status of the FBI's response to the FOIA requests and proposing a schedule for further proceedings.

Respectfully submitted,

| | |
|---|---|
| /s/ Lisa Norrett Himes<br>LISA NORRETT HIMES<br>DC Bar No. 464089<br>ROGERS JOSEPH O'DONNELL, PC<br>875 15th Street, N.W.<br>Suite 725<br>Washington, DC 20005<br>Tel: (202) 777-8953<br>Fax: (202) 347-8429<br><br>*Counsel for Plaintiff* | CHANNING D. PHILLIPS<br>D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendant* |

Dated:  August 6, 2021