UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY BLIXSETH,<br>        *Plaintiff*,<br>v.<br>FEDERAL BUREAU OF INVESTIGATION,<br>        *Defendant*. | Civil Action No. 21-1394 (RDM) |

## JOINT STATUS REPORT

Plaintiff, Timothy Blixseth, and Defendant, the Federal Bureau of Investigation ("FBI"), respectfully submit this joint status report pursuant to the Court's minute order dated September 13, 2021.

1. Plaintiff brought this action on January 29, 2021, in the United States District Court for the District of Nevada. He alleged that the FBI failed to adequately respond to two requests for records submitted under the Freedom of Information Act ("FOIA"). The FBI answered the Complaint on March 4, 2021. On May 24, 2021, the case was transferred to this Court.

2. The parties filed a joint status report on June 14, 2021, and appeared for an initial scheduling conference on June 21, 2021. Following the conference, the Court noted that the FBI would process at least 500 pages per month, with the first production due on or before July 15, 2021. The FBI sent Plaintiff an initial production on July 15, 2021, and a final release (not including pages referred to other agencies for consultation) on August 16, 2021. The FBI provided Plaintiff a final release of all referred pages on October 15, 2021. The FBI has described its search for responsive records to Plaintiff.

3. Plaintiff is currently reviewing the FBI's releases and the description of its search process to determine whether or to what extent there are any disputes about the FBI's response to

Plaintiff's FOIA request. If there are any disputes, the parties will confer in good faith to try to resolve them before requesting a pre-motion conference with the Court and schedule for summary judgment motions.

4. The parties propose to file another status report on or before November 19, 2021, updating the Court on the status of any disputes and proposing a schedule for further proceedings.

Respectfully submitted,

| | |
|---|---|
| /s/ Lisa Norrett Himes<br>LISA NORRETT HIMES<br>DC Bar No. 464089<br>ROGERS JOSEPH O'DONNELL, PC<br>875 15th Street, N.W.<br>Suite 725<br>Washington, DC 20005<br>Tel: (202) 777-8953<br>Fax: (202) 347-8429<br><br>*Counsel for Plaintiff* | CHANNING D. PHILLIPS, D.C. Bar #415793<br>Acting United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:  /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendant* |

Dated: October 22, 2021
        Washington, D.C.