UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY BLIXSETH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 21-1394 (RDM) |

## JOINT STATUS REPORT

Plaintiff, Timothy Blixseth, and Defendant, the Federal Bureau of Investigation ("FBI"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order dated February 21, 2022, to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

1. Plaintiff brought this action on January 29, 2021, in the United States District Court for the District of Nevada. He alleged that the FBI failed to adequately respond to two FOIA requests. The FBI answered the Complaint on March 4, 2021. On May 24, 2021, the case was transferred to this Court.

2. The status of this matter remains unchanged. As the parties informed the Court in their December 21, 2021 Joint Status Report (ECF No. 31), the FBI completed its production of non-exempt responsive records subject to FOIA on October 15, 2021. The parties further reported that the FBI had described its search for responsive records to Plaintiff and that Plaintiff was reviewing the FBI's releases and the description of its search process to determine whether and to what extent there are any disputes about the FBI's response to Plaintiff's FOIA requests.

- 2 -

3. On November 17, 2021, Plaintiff raised some initial concerns regarding the FBI's search for records responsive to Plaintiff's FOIA requests. The parties briefly discussed those initial concerns, and the FBI awaits Plaintiff's position regarding whether there are any outstanding issues.

4. The parties request that they file another joint status report by June 20, 2022, to afford them additional time to determine whether they can resolve this matter without judicial intervention. The FBI further notes its undersigned counsel intends to take three months paternity leave soon and that another counsel will be entering his appearance to cover this case in undersigned counsel's absence.

Respectfully submitted,

| | |
|---|---|
| /s/ Lisa Norrett Himes<br>LISA NORRETT HIMES<br>DC Bar No. 464089<br>ROGERS JOSEPH O'DONNELL, PC<br>1500 K Street, N.W., Suite 800<br>Washington, DC 20005<br>Tel: (202) 777-8953<br>Fax: (202) 347-8429<br>lhimes@rjo.com<br><br>*Counsel for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>        MICHAEL A. TILGHMAN II<br>        D.C. Bar #988441<br>        Assistant United States Attorney<br>        U.S. Attorney's Office, Civil Division<br>        555 Fourth Street, NW<br>        Washington, DC 20530<br>        (202) 252-7113<br>        Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |

Dated:  March 21, 2022