UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY BLIXSETH,

*Plaintiff*,

v.

FEDERAL BUREAU OF INVESTIGATION,

*Defendant.*

Civil Action No. 21-1394 (RDM)

## STIPULATION OF DISMISSAL

The parties, by counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil

Procedure, hereby stipulate to dismissal of this action without prejudice, each party to bear its own

attorney's fees and costs.

Date:  June 7, 2022

Respectfully submitted,

  /s/ Lisa Norrett Himes
LISA NORRETT HIMES
DC Bar No. 464089
ROGERS JOSEPH O'DONNELL, PC
1500 K Street, N.W.
Suite 800
Washington, DC 20005
Tel: (202) 777-8953
Fax: (202) 347-8429
lhimes@rjo.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ *Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-2550
Dedra.Curteman@usdoj.gov

*Counsel for Defendant*